UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KALI B. JOHNSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., and TRANS UNION LLC

    Defendants.

Case No. 18-10730

Honorable Nancy G. Edmunds

_____/

## ORDER TRANSFERRING CASE

On March 7, 2018, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of proper venue or transferred to the United States District Court for the Western District of Michigan. 28 U.S.C. § 1391. The Court noted that Plaintiff's complaint alleges that he resides in Grand Rapids, Michigan, located in the Western District of Michigan, and that he filed for bankruptcy in the Western District of Michigan. The complaint also includes allegations regarding a reaffirmed debt through the Kent County Employees Credit Union, also located in the Western District of Michigan. On March 19, 2018, Plaintiff filed a response arguing that venue is proper in this district because Defendants reside in Michigan, given that Defendants conduct business throughout the state, including in the Eastern District of Michigan. Plaintiff also asserts that his choice of forum is entitled to deference. However, a plaintiff's choice of forum is given less weight if it is not the plaintiff's residence, or if the operative events giving rise to the claims

occurred elsewhere.  *See, e.g.*, Audi *AG & Volkswagon of Am., Inc. v. D'Amato*, 341 F. Supp. 2d 734, 750 (E.D. Mich. 2004); *Mcintosh v. E-backgroundchecks.com, Inc.*, No. CIV.A. 5:12-310-DCR, 2013 WL 954281, at *2 (E.D. Ky. Mar. 11, 2013).  Plaintiff does not reside in this district, and he has failed to show that any of the operative events giving rise to his claims occurred in this district.  Therefore, the Court exercises its wide discretion to transfer this case pursuant to 28 U.S.C. § 1404(a).

Accordingly, this case is TRANSFERRED to the Western District of Michigan.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  March 26, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager